UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEITH FAGUNDES,<br><br>　　　　Defendant. | Case No. 1:23-cv-0846 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE COMPLAINT WITHOUT LEAVE TO AMEND, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 6) |

　　　Christine Moore seeks to hold Keith Fagundes, former Kings County District Attorney, liable for violating her civil rights pursuant to 42 U.S.C. § 1983.  Plaintiff asserts Defendant failed to file a proper information in a state criminal case.  (*See generally* Doc. 1.) Plaintiff requests the Court dismiss the state case and order Kings County "to adopt appropriate policies related to the hiring and supervision of its police officers and sheriffs." (*Id.* at 5.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On October 4, 2023, the assigned magistrate judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915.  (Doc. 6.)  The magistrate judge found Plaintiff failed to state a cognizable claim and recommended the complaint be dismissed.  (*Id.* at 2-4.)  In addition, the magistrate judge recommended dismissal without leave to amend, because leave to amend would be futile.  (*Id.* at 4.)  These Court served the Findings and Recommendations on Plaintiff and notified her that any objections were due within 21 days.  (*Id*.)  The Court also advised her that the "failure to

file objections within the specified time may result in waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) No objections were filed, and the time to do so has expired.

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on October 4, 2023 (Doc. 6) are **ADOPTED** in full.
2. Plaintiff's complaint is **DISMISSED** without leave to amend.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 8, 2023**

UNITED STATES DISTRICT JUDGE